AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas ☑

| | |
|---|---|
| DEREK JAHN CHABROWSKI<br>JANUSZ KECKI<br>ZBIGNIEW MAKOWIECKI<br>ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC<br><br>*Plaintiff(s)*<br>v.<br>W. JAN LITWIN<br>RYSZARD PISKORCZYK<br>IZABELA NORDAHL<br>KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ<br><br>*Defendant(s)* | Civil Action No. 2:16CV 391 JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* W. JAN LITWIN
3704 LARKSPUR LANE
CAMERON PARK, CA 95682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK CHABROWSKI
JANUSZ KECKI
2155 W. PINNACLE PEAK RD
SUITE 201
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16

C. Huton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| DEREK JAHN CHABROWSKI<br>JANUSZ KECKI<br>ZBIGNIEW MAKOWIECKI<br>ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC<br><br>*Plaintiff(s)*<br>v.<br>W. JAN LITWIN<br>RYSZARD PISKORCZYK<br>IZABELA NORDAHL<br>KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ<br><br>*Defendant(s)* | Civil Action No. 2:16CV391 JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RYSZARD PISKORCZYK
GLEBOKA 49
43-400 CIESZYN
POLAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK CHABROWSKI
JANUSZ KECKI
2155 W. PINNACLE PEAK RD
SUITE 201
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16

*C. Huton*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

DEREK JAHN CHABROWSKI  )
JANUSZ KECKI  )
ZBIGNIEW MAKOWIECKI  )
ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC  )
)
*Plaintiff(s)*  )
)   Civil Action No. 2:16CV391 JRG
v.  )
)
W. JAN LITWIN  )
RYSZARD PISKORCZYK  )
IZABELA NORDAHL  )
KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ  )
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IZABELA NORDAHL
8145 DOMICO DRIVE
EL DORADO HILLS, CA 95760

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DEREK CHABROWSKI
JANUSZ KECKI
2155 W. PINNACLE PEAK RD
SUITE 201
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

DEREK JAHN CHABROWSKI  
JANUSZ KECKI  
ZBIGNIEW MAKOWIECKI  
ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC

*Plaintiff(s)*

v.

W. JAN LITWIN  
RYSZARD PISKORCZYK  
IZABELA NORDAHL  
KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ

*Defendant(s)*

Civil Action No. 2:16CV391 JRG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KATARZYNA HYCLAK  
3704 LARKSPUR LANE  
CAMERON PARK, CA 95682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DEREK CHABROWSKI  
JANUSZ KECKI  
2155 W. PINNACLE PEAK RD  
SUITE 201  
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16

C. Hinton

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| DEREK JAHN CHABROWSKI<br>JANUSZ KECKI<br>ZBIGNIEW MAKOWIECKI<br>ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC<br><br>*Plaintiff(s)*<br>v.<br>W. JAN LITWIN<br>RYSZARD PISKORCZYK<br>IZABELA NORDAHL<br>KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:16CV 391 JRG<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROMAN MOZDYNIEWICZ
3684 LARKSPUR LANE
CAMERON PARK, CA 95682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK CHABROWSKI
JANUSZ KECKI
2155 W. PINNACLE PEAK RD
SUITE 201
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16                                    *C. Huton*
                                                 *Signature of Clerk or Deputy Clerk*