AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

DEREK JAHN CHABROWSKI
JANUSZ KECKI
ZBIGNIEW MAKOWIECKI
ZBIGNIEW WITKO, FBO TEXAS ENTERPRISES LLC

*Plaintiff(s)*

v.

W. JAN LITWIN
RYSZARD PISKORCZYK
IZABELA NORDAHL
KATARZYNA HYCLAK & ROMAN MOZDYNIEWICZ

*Defendant(s)*

Civil Action No. 2:16CV 391 JRG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* W. JAN LITWIN
3704 LARKSPUR LANE
CAMERON PARK, CA 95682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DEREK CHABROWSKI
JANUSZ KECKI
2155 W. PINNACLE PEAK RD
SUITE 201
PHOENIX, AZ 85027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/16

C. Hutton

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| DEREK JAHN CHABROWSKI, <br> JANUS KECKI, ZBIGNIEW MAKOWIECKI <br> ZBIGNIEW WITKO, in the Right of and <br> for the Benefit of Texas Enterprises LLC, d.b.a. <br> Bluebonnet Elite Assisted Living,   Plaintiffs | ) <br> ) Case No.: 2:16CV391JRGRSP <br> ) <br> ) <br> ) |
| Vs. | |
| W. JAN LITWIN, RYSZARD PISKORCZYK, <br> IZABELA NORDAHL, KATARZYNA HYCLAK, <br> ROMAN MOZDYNIEWICZ,   Defendants | ) <br> ) <br> ) |

**AFFIDAVIT OF NON-SERVICE**

I, Bill McNutt, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

    PARTY:  W. JAN LITWIN
    DOCUMENT:  SUMMONS AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
    DATE & TIME:  4/15/2016 AT 10:00 a.m.
    ADDRESS: 102 Floyd Street, Naples, Texas 75568

I hereby certify that I completed due and diligent attempts to serve W. Jan Litwin.  I therefore return this Summons & Complaint without service on W. Jan Litwin.

Diligent attempts were made per the following notations:

4/15/2016       Service was attempted on W. Jan Litwin at the above stated address.  Server asked for W. Jan Litwin and LVN in charge said he was not there and then advised Casey Simmers, was the person in charge. LVN called Casey Simmers and had her return to facility and told server that Mr. Litwin was in California, but she would make a call and find out if she could accept papers.  She came back and told server she could not accept any papers.

I hereby certify and return that the information contained in the Affidavit of Non-Service is true and correct.  This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

                                                                 *Bill McNutt*
                                                                 BILL MCNUTT   SCH # 2322 EXP. 11/30/18

Subscribed and sworn before me, a Notary Public,
this 15th day of April, 2016.



KAREN K. MCNUTT
Notary Public
STATE OF TEXAS
My Comm. Exp. Sep. 14, 2016