# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DEREK JAHN CHABROWSKI, et al.; | § |
| | § |
| v. | § Case No. 2:16-CV-00391-JRG-RSP |
| | § |
| W. JAN LITWIN, et al. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on May 15, 2017, recommending that this case be dismissed for lack of subject matter jurisdiction. Dkt. No. 20. Having considered the objections filed by Plaintiffs, Dkt. No. 22, and finding them to be without sufficient merit, and after a de novo review, the Report and Recommendation is **ADOPTED**. This case is **DISMISSED** for lack of subject matter jurisdiction. The Clerk is directed to terminate all pending motions and close the case.

**So ORDERED and SIGNED this 24th day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1